# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMIUL ALIM LESUM,<br><br>Petitioner,<br><br>v.<br><br>JEFFERSON B. SESSIONS, III, et al.<br><br>Respondents. | Civil No. 18-1340 (JRT/BRT)<br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

Samiul Alim Lesum, Sherburne County Jail, 13880 Business Center Drive, Suite 200, Elk River, MN 55330, *pro se* petitioner.

Ana H. Voss, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondents.

Magistrate Judge Becky R. Thorson filed a Report and Recommendation on October 5, 2018 (Docket No. 12). No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner's Motion to Grant a Writ of Habeas Corpus (Docket No. 3) is **DENIED**; and

2. This action is **DISMISSED** without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 25, 2018          s/John R. Tunheim
at Minneapolis, Minnesota      JOHN R. TUNHEIM

Chief Judge
United States District Court

United States District Court